IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
DEC 21 2000

AVANDO DEAN, )
    Plaintiff, )
) Case No. 00C 7983
v. ) JUDGE ZAGEL
)
)
ILLINOIS SCHOOL BUS COMPANY )  MAGISTRATE JUDGE
    Defendant.    GERALDINE SOAT BROWN

## COMPLAINT

Plaintiff, AVANDO DEAN, complains and alleges as follows:

### I. JURISDICTION AND VENUE

1. This court has jurisdiction of the claims herein pursuant to 42 USC §2000e-5(f)(3), 28 USC §§1331 and 1343(4). This civil action arises under the laws of the United States. Plaintiff alleges violations of his rights under Title VII of the Civil Rights Act of 1964, as amended, 42 USC §§2000e *et seq*. Plaintiff further alleges violations of his rights under the Age Discrimination in Employment Act, 29 USC §§621 *et seq*. Equitable and other relief are sought under 29 USC §626.

2. Venue herein is proper under 28 USC §1391(b) and 42 USC §2000e-5(f)(3). Illinois School Bus Company is a corporate resident of the State of Illinois, doing business herein. The unlawful employment practices plaintiff is complaining of were committed in Crestwood, Cook County, State of Illinois.

### II. PARTIES

3. Plaintiff Alvando Dean is an individual who has resided in the Markham, County of Cook, State of Illinois, at all times pertinent hereto. From approximately

1

April 4, 1983, until March 8, 2000, when he was fired, Plaintiff was employed as a Bus Driver by the Illinois School Bus Company in Crestwood, Illinois.

4. Illinois School Bus Company is a corporate resident of the State of Illinois with a major place of business at 13939 S. Cicero, Crestwood, Illinois. At all times pertinent hereto, defendant has been engaged in an industry affecting commerce and has had 15 or more employees for each working day in each of 20 or more calendar weeks in the current or preceding year.

### III. PROCEDURAL REQUIREMENTS

5. On or about September 20, 2000, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission, thereby satisfying the requirements of 42 USC §2000e-5(b), (e). Such charge was filed within three hundred (300) days of the unlawful employment practices. On or about September 25, 2000, less than 90 days prior to the filing of this complaint, the Equal Employment Opportunity Commission issued to plaintiff notice of Right to Sue, a copy of which is attached hereto, with respect to such charge of employment discrimination.

6. The incidents described in Part IV below were a part of a continuing series of incidents of discrimination which began in or about March of 2000, and constitute a continuing violation of plaintiff's Title VII Rights and rights conferred by the Age Discrimination in Employment Act ("ADEA").

## IV. STATEMENT OF FACTS AND CAUSE OF ACTION

7. Plaintiff is African American and, as such, is protected under Title VII because of his race.

8. Plaintiff's date of birth is February 17, 19936. He is 64 years of age as of the date of this complaint and is protected by the ADA.

9. Alvando Dean was hired by Defendant on or about April 4, 1983, as a Bus Driver.

10. Plaintiff went on medical leave on or about June 16, 1999.

11. On or about March 8, 2000, Defendant intentionally and wrongfully relied on an earlier doctor's report dated November 30, 1999, which said that plaintiff could return to work on February 28, 2000. Defendant had and ignored additional medical reports and personal communications from Plaintiff and from Plaintiff's treating physician which indicated that Plaintiff would be further examined on February 29, 2000, and subsequently on March 6, 2000, to determine when he could return to work.

12. On or about March 8, 2000 Defendant terminated Plaintiff.

13. Plaintiff never abandoned his position with Defendant.

14. Plaintiff has been informed, so believes and hereby states that other non-African-American employees and other of Defendant's employees who were younger than Plaintiff who were working for Defendant under similar conditions as was Plaintiff have had not been terminated by Defendant under similar circumstances.

3

15. Defendant engaged in a persistent pattern of severe and persuasive discrimination on account of Plaintiff's race and age, as described in paragraphs 7 through 15, above, all in violation of Title VII of the Civil Rights Act of 1964 and the ADEA.

**WHEREFORE**, Plaintiff Alvando Dean respectfully requests this Court to:

A. Issue an order requiring defendant to take steps to protect plaintiff and all other employees similarly situated from the type of conduct described in Part IV, above, and from all other forms of discrimination in the future.

B. Order defendant ineligible to bid for or to enter into any contracts with the United States government because of defendant's violation of Title VII of the Civil Rights Act of 1964 and the ADEA.

C. Order the reinstatement of plaintiff to the position he would occupy and with all the benefits he would have if he had not suffered the adverse employment actions attributable to discrimination based on race and age.

D. Award plaintiff back pay including overtime pay and other benefits he would have accrued if defendant had not discriminated against plaintiff.

F. Award plaintiff punitive damages in the maximum amount permissible under law.

G. Award plaintiff attorney fees and expert witness fees pursuant to 42 USC §2000e-5(k).

H. Award plaintiff costs, interest, and such other relief as this Court may deem proper.

4

## V. JURY DEMAND

16. Plaintiff hereby requests a trial by jury for all causes of action contained herein.

Respectfully submitted,

*Alvando Dean*
Alvando Dean

*William F. Spielberger*
William F. Spielberger
Attorney for Plaintiff

William F. Spielberger & Associates, P.C.
135 S. LaSalle St., Suite 1424
Chicago, Illinois 60603
(312) 332-7851

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he truly believes the same to be true.

Dated: 12/18/2000

*Alvando Dean*
Alvando Dean, Plaintiff

5

Equal Employment Opportunity Commission

# DISMISSAL AND NOTICE OF RIGHTS

| To: Alvando Dean<br>3663 W. 166th Street<br>Markham, IL 60426 | From: Equal Employment Opportunity Commission<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |
|---|---|
| Certified Mail No.: 7099 3400 0006 7299 3532 | |

[ ] *On behalf of a person aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210A04887 | Daniel McGuire, Charge Receipt Supervisor | (312) 353-7511 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[X] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other (*briefly state*) _____

- NOTICE OF SUIT RIGHTS -

[X] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of this Notice; otherwise your right to sue is lost.

[X] **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

9-25-00

On behalf of the Commission

John P. Rowe, District Director

Enclosures
   Information Sheet
   Copy of Charge

cc: Respondent(s)     Illinois School Bus Company

EEOC Form 161 (Test 5/95)

JS 44
(Rev. 12/96)

Cat 2

# CIVIL COVER SHEET  00C 7983

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
AVANDO DEAN

## DEFENDANTS
ILLINOIS SCHOOL BUS COMPANY

JUDGE ZAGEL

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cook
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Wm. F. Spielberger
Wm. F. Spielberger & Assoc., PC
135 S. LaSalle, Ste. 1424
Chicago, IL 60603 312-332-7851

ATTORNEYS

DOCKETED
DEC 21 2000

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Age Discrimination in Employment Act 29 USC 621

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

## VIII. This case
☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 12-20-00

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

AVANDO DEAN
V.
ILLINOIS SCHOOL BUS COMPANY

Case Number: **00C 7983**

JUDGE ZAGEL

MAGISTRATE JUDGE GERALDINE SOAT BROWN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

AVANDO DEAN

**DOCKETED DEC 2 1 2000**

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: William F. Spielberger | NAME: |
| FIRM: Wm. F. Spielberger & Assoc., PC | FIRM: |
| STREET ADDRESS: 135 S. LaSalle, Ste, 1424 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60603 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-332-7851 | TELEPHONE NUMBER: |
| FAX NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 91139 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| FAX NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |